IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GARY PIERRE JOSEPH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 7:22cv00019 |
| ALEXANDER S. MOORE, | ) ) ) |
| Defendant. | ) ) |

## ANSWER TO AMENDED COMPLAINT

Defendant, by counsel, responds to the numbered paragraphs in the Amended Complaint as follows:

1. Paragraph 1 does not require a response. To the extent it requires a response, Defendant denies any factual allegations in paragraph 1.

2. While Plaintiff makes the allegations in paragraph 2, those allegations are untrue and without basis and Defendant denies them.

3. Defendant denies the allegations in paragraphs 3, 4, and 5.

4. With regard to paragraph 6, Defendant admits that Plaintiff appears to be a person of the Black race, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

5. With regard to paragraph 7, Defendant admits that he is a citizen of the United States and domiciled in the Commonwealth of Virginia residing in the City of Roanoke.

6. With regard to paragraph 8, Defendant admits that he was acting within the scope of his employment as a police officer with Roanoke County, Virginia, and denies all other allegations in paragraph 8.

7. Paragraphs 9, 10, and 11 are statements of law to which no response is required. To the extent a response is required, Defendant denies those allegations.

8. With regard to paragraph 12, Defendant adopts his responses to the previous paragraphs.

9. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 13, 14, 15, 16, 17, and 18.

10. With regard to the allegations in paragraph 19, Defendant admits that he approached the Plaintiff upon arriving at the Kroger store and denies all other allegations in paragraph 19.

11. With regard to paragraph 20, Defendant lacks knowledge or information sufficient to form a belief about the truth of Plaintiff's allegations regarding his supposed "realization" or his intent. Defendant admits that it appeared to him that Plaintiff was trying to leave the store before talking to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation that Kroger had Plaintiff's credit card and flowers. Defendant denies all other allegations in paragraph 20.

12. With regard to paragraph 21, Defendant admits that he requested Plaintiff's motor vehicle operator's license. Defendant denies the remaining allegations in paragraph 21.

13. Defendant denies the allegations in paragraphs 22, 23, 24, 25, 26, 27, and 28.

14. Defendant admits the allegations in paragraphs 29 and 30.

15. Defendant denies the allegations in paragraphs 31, 32, and 33.

16. Defendant admits the allegations in paragraph 34.

17. Defendant denies the allegations in paragraphs 35, 36, and 37.

18. With regard to the allegations in paragraph 38, Defendant adopts his responses to the previous paragraphs.

19. Paragraphs 39, 40, 41, 42, and 43 are statements of law to which no response is required. To the extent a response is required, Defendant denies that he violated any of Plaintiff's rights that are enforceable under 42 U.S.C. § 1983 and denies all other allegations in paragraphs 39, 40, 41, 42, and 43.

20. Defendant denies the allegations in paragraphs 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, and 54.

21. With regard to paragraph 55, Defendant adopts his responses to the previous paragraphs.

22. Paragraphs 56, 57, 58, and 59 are statements of law to which no response is required. To the extent a response is required, Defendant denies that he violated any rights of the Plaintiff that are enforceable under 42 U.S.C. § 1983 and denies all other allegations in paragraphs 56, 57, 58, and 59.

23. Defendant denies the allegations in paragraphs 60, 61, 62, 63, 64, 65, 66, 67, 68, and 69.

24. With regard to paragraph 70, Defendant adopts his responses to the previous paragraphs.

25. Defendant denies the allegations in paragraphs 71, 72, 73, 74, 75, 76, and 77.

26. With regard to paragraph 78, Defendant adopts his responses to the previous paragraphs.

27. Defendant denies the allegations in paragraphs 79, 80, 81, 82, 83, 84, 85, 86, 87, and 88.

28. With regard to paragraph 89, Defendant adopts his responses to the previous paragraphs.

29. Defendant denies the allegations in paragraphs 90, 91, 92, 93, 94, 95, 96, and 97.

30. With regard to paragraph 98, Defendant adopts his responses to the previous paragraphs.

31. Defendant denies the allegations in paragraphs 99, 100, 101, 102, 103, 104, 105, 106, 107, and 108.

32. With regard to paragraph 109, Defendant adopts his responses to the previous paragraphs.

33. Defendant denies the allegations in paragraphs 110, 111, 112, 113, 114, 115, 116, 117, 118, and 119.

34. Defendant denies all allegations in the Amended Complaint not expressly admitted herein.

35. Defendant denies that he is indebted or liable to the Plaintiff for the amounts or reasons set forth in the Amended Complaint.

36. Defendant cannot be held liable in this action by virtue of the doctrines of sovereign, qualified, and/or governmental immunity.

37. The Amended Complaint fails to state a claim against Defendant for which relief may be granted.

ALEXANDER S. MOORE

By: /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB #22299)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gordon H. Shapiro, Esq.
Shapiro Law Firm, P.C.
PO Box 180
Roanoke, VA 24002-0180
shapirokurtin@gmail.com
*Counsel for Plaintiff*

/s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB #22299)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
*Counsel for Defendant*