CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
9/5/2025
LAURA A. AUSTIN, CLERK
BY: s/C Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GARY PIERRE JOSEPH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:22-cv-00019 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALEXANDER S. MOORE, | ) | By:   Hon. Thomas T. Cullen |
| | ) |           United States District Judge |
| Defendant. | ) | |

Late in the evening on Thursday, September 4, 2025, Plaintiff Gary Pierre Joseph, who is now proceeding *pro se*, emailed[1] the court clerk and requested to have this case dismissed; a copy of that email is attached to this Order. The court construes this email as a motion to voluntarily dismiss this action. *See* Fed. R. Civ. P. 41(a)(1).

Under Rule 41, a plaintiff may dismiss his action "only by court order, on terms that the court considers proper." Given Joseph's recent communication that he wishes to dismiss his case, Defendant Alexander S. Moore's pending motion to dismiss this action for failure to prosecute under Rule 41(b), and the court's prior warning to Joseph that emailing court staff with requests for the court would result in sanctions, it is the judgment of this court that dismissal *with prejudice* is warranted. Accordingly, Plaintiff's request is **GRANTED** and this case is **DISMISSED WITH PREJUDICE.**

---

[1] Plaintiff has been told repeatedly not to engage in such *ex parte* communications, and was expressly warned that such conduct could result in sanctions, including dismissal of this action. (*See* Order, Aug. 15, 2023 [ECF No. 46] ("[T]he court takes this opportunity to remind Plaintiff (again), in no uncertain terms, that failure to abide by court directives—including those on *ex parte* communications with the court—will result in sanctions up to an including dismissal of this action *with prejudice*.").)

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 5th day of September, 2025.

>  */s/ Thomas T. Cullen*
>  HON. THOMAS T. CULLEN
>  UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| From: | Gary Joseph |
| To: | ▮▮▮▮▮▮▮▮ |
| Cc: | Gary Joseph |
| Subject: | Case No 7:22-cv-00019-TTC (Please As Judge TTC to Dismiss Pre-&-Trial) |
| Date: | Thursday, September 4, 2025 10:25:17 PM |

**CAUTION - EXTERNAL:**

Hello Heather and Caitlyn.
Can you please ask Judge Thomas T. Cullen to dismiss this Case for me...

I am no longer able to pay Lawyers, they collected my money and ran away with the money for whatever reasons...
Unless the Court or Judge TTC willing to provide me with a free or/and Contingency Lawyer forPre-&-Trial Remotely.

If not, ask him sincerely and respectfully to Dismiss, I definitely lost a lot of time and money on $5M according to
my original Lawyer and my second didn't no work and could perform versus the defense on Settlement, he lost..

Please let me know by tomorrow Judge TTC final response,
Have a great evening,
Gary (540) ▮▮▮▮

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.